**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IL KIM,

Appellant,

v.

LINCO, INC.,

Appellee

Case No.: 2:26-cv-02727-APG

**Order Denying Motion to Stay**

[ECF No. 4]

Il Kim moves for an order staying discovery in the underlying bankruptcy case, asserting that the discovery overlaps with the issues in this appeal. ECF No. 4. However, as Linco points out, discovery in the bankruptcy case focuses on a claim that remains pending in the bankruptcy proceedings and is not part of this appeal. ECF No. 7 at 5-6. Further, Kim did not first seek a stay in the bankruptcy court, which is ordinarily required by Federal Rule of Bankruptcy Procedure 8007(a)(1). To the extent Kim could skip that procedure and file his motion directly in this case, Rule 8007(b)(2) requires him to explain why such a motion in the bankruptcy court would have been impracticable. Kim has not done that, so his motion is procedurally defective. Finally, Kim has failed to explain why any of the relevant factors supports a stay. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (simplified) (holding that courts should consider "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies").

I THEREFORE ORDER that Il Kim's motion to stay discovery in the underlying bankruptcy proceeding **(ECF No. 4) is denied**.

DATED this 13th day of November, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE