**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Il Kim,<br><br>Appellant<br>v.<br><br>Linco Inc.,<br><br>Appellee | Case No.: 2:26-cv-02331-JAD |
| Il Kim,<br><br>Appellant<br>v.<br><br>Linco Inc.,<br><br>Appellee | Case No. 2:26-cv-02727-APG |

**Order Reassigning Case**

Appellant Il Kim has filed two appeals related to bankruptcy proceedings involving a debt allegedly owed to Linco Inc.[1] The first challenges the bankruptcy court's finding that Kim improperly converted assets through his business to avoid paying a valid court judgment.[2] The second stems from Kim's personal bankruptcy proceedings, in which Linco seeks a judgment confirming that Kim's debts from the first action are nondischargeable.[3]

Federal Rule of Civil Procedure 42(a) governs the consolidation of separate actions. When two cases "involve a common question of law or fact," district courts may join them for

[1] Case No.: 2:26-cv-02331-JAD; Case No. 2:26-cv-02727-APG.

[2] *See* ECF Nos. 10 & 11 in Case No.: 2:26-cv-02331-JAD.

[3] *See* ECF Nos. 7 & 9 in Case No. 2:26-cv-02727-APG.

any or all matters at issue, consolidate the suits, or issue any other order that would prevent unnecessary cost or delay.[4] The threshold question is whether the cases involve common questions of law or fact.[5] If common questions exist, the court must balance the savings of time and effort that consolidation will yield against any inconvenience, delay, confusion, or prejudice that may result.[6] "District courts enjoy substantial discretion in deciding whether and to what extent to consolidate cases."[7] Local Rule 42-1 also permits the assignment of related cases to a single district judge and magistrate judge.

The undersigned judges have determined that these cases involve many overlapping legal and factual issues and that their reassignment to one district judge would be economical. IT IS THEREFORE ORDERED that Case No. 2:26-cv-02727-APG is **transferred and reassigned** to District Judge Jennifer A. Dorsey for all further proceedings.

Dated: November 13, 2026

__________________________________
U.S. District Judge Jennifer A. Dorsey

__________________________________
Chief U.S. District Judge Andrew P. Gordon

---

[4] Fed. R. Civ. P. 42(a).

[5] *Id.*

[6] *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

[7] *Hall v. Hall*, 138 S. Ct. 1118, 1131 (2018).